**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

CAROLE L. SCHEIB,                    : No. 169 WAL 2018
                                     :
                 Petitioner          :
                                     :
                                     : Petition for Allowance of Appeal from
                                     : the Order of the Superior Court
         v.                          :
                                     :
                                     :
JAMES ROZBERIL,                      :
                                     :
                 Respondent          :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 16th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.